# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
09/14/2015
CT Log Number 527815166

TO: Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St MS 215
Bentonville, AR 72716-6209

RE: **Process Served in West Virginia**

FOR: Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Cremeans Josh, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Compliant |
| **COURT/AGENCY:** | Cabell County Circuit Court, WV<br>Case # 15C608 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in safe condition - On or about May 6, 2014 - Store in Barboursville, Cabell County, West Virginia |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/14/2015 postmarked on 09/11/2015 |
| **JURISDICTION SERVED:** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Zachary J. Poole<br>Fredeking & Fredeking Law Offices LC<br>511 Eighth Street<br>Huntington, WV 25701 |
| **REMARKS:** | Kindly note that the papers were served on the secretary at the State Capitol of West Virginia on 9/9/2015 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/15/2015, Expected Purge Date: 09/20/2015<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>5400 D Big Tyler Road<br>Charleston, WV 25313<br>919-821-7139 |

Page 1 of 1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



WAL-MART STORES, INC.
C. T. Corporation System
5400 D Big Tyler Road
CHARLESTON, WV 25313



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Control Number: 73249

Defendant: WAL-MART STORES, INC.
5400 D Big Tyler Road
CHARLESTON, WV 25313 US

Agent: C. T. Corporation System
County: Cabell
Civil Action: 15-C-608
Certified Number: 92148901125134100000792038
Service Date: 9/9/2015

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

JOSH CREMEANS.,

        Plaintiff,

vs.

~~WAL-MART STORES INC.~~

CT CORPORATION SYSTEM
5400 D BIG TYLER ROAD
CHARLESTON, WV, 25313; and

Civil Action No. 15-C-608
Chiles

        Defendant.

To the Above-Named Defendant:

    **IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby summoned and required to serve upon Zachary J. Poole, of Fredeking & Fredeking Law Offices, counsel for Plaintiff, whose address is 511 Eighth Street, Huntington, WV 25701, an answer, including any related counter-claim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

DATED: **AUG 28 2015**



JEFF HOOD, CLERK
Deputy

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

JOSHUA CREMEANS

    Plaintiff,

VS.

CIVIL ACTION NO. 15-C-408

Chiles

WAL-MART STORES, INC.

    Defendant.

## COMPLAINT

COMES NOW the plaintiff, Joshua Cremeans, by and through counsel, Zachary J. Poole, and hereby alleges and says as follows:

1. That at all times material hereto, the plaintiff, Joshua Cremeans, was a resident of West Virginia.

2. The Defendant, Wal-Mart Stores, Inc., ("Wal-Mart") is a corporation organized and existing under the laws of the state of Delaware and duly organized to conduct business in Cabell County, West Virginia.

3. The defendant, Wal-Mart Stores, Inc., on or about May 6th, 2014, was engaged in the business of retail sales, and operating a store in Barboursville, Cabell County, West Virginia.

4. That on the above referenced date, plaintiff, Joshua Cremeans, was a business invitee on the aforesaid premises, and while exercising due care for his own safety, slipped on fabric softener left on the floor causing him to fall and further causing injuries and damages to the plaintiff, as hereinafter set forth.

1

5. That at all times material hereto, the defendant, Wal-Mart, had a duty of care to keep the premises in a reasonably safe condition, such that business invitees could use them in an ordinary and reasonable way without danger. Defendant, Wal-Mart, breached its duty in the following ways, any one of which was a departure from the accepted standard of care owed by the defendant, Wal-Mart to the plaintiff, Joshua Cremeans:

A. In failing to properly provide and maintain adequate lighting;

B. In failing to keep the passageway intended for public use free and clear from unreasonable defects, hazards or obstructions;

C. In failing to construct and arrange its aisles and displays to keep them free and clear from unreasonable defects, hazards or obstructions, and/or to permit the free and safe passage of its business invitees and employees;

D. In failing to exercise reasonable care to correct the conditions described herein;

E. In failing to warn the plaintiff, Joshua Cremeans, as to the existence of the conditions described herein;

F. In failing to properly and adequately supervise and oversee the above described areas, and its employees;

G. In permitting its employees to create the hazardous conditions described herein;

H. In permitting its employees or other individuals known to have access to the area to create the conditions described herein; and

I. Any and all other acts of negligence which may hereinafter become apparent.

6. As a direct and proximate result of the careless, reckless, negligent, wilful, wanton, malicious and unlawful acts of the defendant, Wal-Mart and/or its employees, agents, and/or servants as set forth herein before, your plaintiff, Joshua Cremeans, suffered injuries to the lower extremities

2

of his body, including but not limited to his lower back and left knee and the upper extremities of his body, including but not limited to his right wrist. Said injuries have caused and will continue to cause the plaintiff physical and mental pain and suffering, and by reason of said injuries, the plaintiff has incurred expenses for the services of hospitals, physicians and traveling in an amount that is not ascertainable at this time.

WHEREFORE, plaintiff, Joshua Cremeans, demands judgment of and against the defendant, Wal-Mart Stores, Inc., in am amount to adequately compensate him for his damages, along with prejudgment and post judgment interest, together with costs expended herein. Your plaintiff further demands any such other, further and general relief as to this Honorable Court may deem mete and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY!

Joshua Cremeans
By Counsel

Zachary J. Poole Esq. WV Bar #12682
FREDEKING & FREDEKING LAW OFFICES LC.
511 Eighth Street
Huntington, West Virginia 25701
*Counsel for Plaintiff*

3



